**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Curtis Lee WATSON, Defendant–
Appellant.**

No. 09–8123.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 27, 2010.

Curtis Lee Watson, Appellant Pro Se.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

* We decline to consider issues Alvanez raises in his informal brief which are not related to his

PER CURIAM:

Curtis Lee Watson appeals the district court's order denying Watson's petition to appear before the court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Watson,* No. 1:88–cr–00201–LMB–1 (E.D.Va. Nov. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*